Dissenting Opinion by
BATTAGLIA, J.
I respectfully dissent from the order in this case, because I would not reinstate Louis Peter Tanko, Jr. until he disgorged the entire $5,000 paid by Mrs. Sharon Gosnell. Mr. Tanko did not get the informed consent of Mrs. Gosnell for him to immediately access the $5,000 retainer, which he deposited into his operating account, rather than in his trust account, in violation of Maryland Rules of Professional Conduct 1.15(a) and (c). Attorney Grievance v. Tanko, 427 Md. 15, 45 A.3d 281 (2012). In my view, regardless of the amount of work Mr. Tanko alleged that he performed, his unfettered access to the *684 money requires disgorgement of the entire $5,000 fee paid by Mrs. Gosnell.